# Order

**Michigan Supreme Court**
**Lansing, Michigan**

January 3, 2020

160690 (7)

Bridget M. McCormack,
Chief Justice

David F. Viviano,
Chief Justice Pro Tem

Stephen J. Markman
Brian K. Zahra
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh,
Justices

TAJUAN WILLIAMS,
   Plaintiff,

V

ATTORNEY GRIEVANCE COMMISSION,
   Defendant.
_____/

SC: 160690
AGC: 19-0615

   On order of the Chief Justice, Plaintiff's motion for reconsideration of the December 17, 2019 order is denied because it does not appear that the order was entered erroneously. Within 21 days of the date of this order, Plaintiff shall pay the $25.00 initial partial fee, submit a copy of the December 17, 2019 order, and refile a copy of the pleadings as ordered. Failure to comply with this order shall result in the dismissal of this complaint.



izm

I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the
foregoing is a true and complete copy of the order entered at the direction of the Court.

January 3, 2020



Clerk